## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 70.113.23.241

**ISP:** Spectrum
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/13/2019 23:40:22 | 7419715F61235A8F635A1F1217E78570D5873285 | Cum For A Ride |
| 10/22/2018 17:30:06 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 01/24/2018 15:37:00 | 25B1C6C92B741122C550425DC9997F912D1CDA0A | A Rose A Kiss and A Bang |
| 01/24/2018 15:28:16 | 602D35711B97F0F854EBF53DD8599D90FB51FF2D | Emerald Love |
| 01/24/2018 15:04:47 | 6AFFBB26D8855C9DD9C7F2560ADF00B70BE7FC45 | Want To Fuck My Wife |
| 11/24/2017 21:23:21 | CCD7166A29D274E9DA863410B3F4303A22127113 | Porcelain Doll |
| 10/24/2017 18:59:50 | C06868491BB3010DC2292A25CF658979195D0F4D | Sex For Three By The Sea |
| 10/24/2017 18:50:45 | DB3FA3361CFB8621905E53012871F2A808F4E3B8 | Born To Be Wild |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

WTX39